UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER ZIEBERT**  )  )  **Plaintiff**  )  )  **vs.**  )  )  )  **BUREAU OF COLLECTION**  )  **RECOVERY, INC.**  )  )  )  **Defendant**  )  ) | Case Number: 11-1655 |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Peter Ziebert, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

                BY: /s/ *Brent F. Vullings*
                Brent F. Vullings, Esquire
                Attorney for Plaintiff
                bvullings@vullingslaw.com
                Vullings Law Group, LLC
                3953 Ridge Pike, Ste. 102
                Collegeville, PA 19426
                610-489-6060